IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **VALERII PRIIMOV** | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | Civil Action No. 3:25-CV-03555-O |
| | § | |
| **KRISTI NOEM**, Secretary of the U.S. Department of Homeland Security; **TODD LYONS**, Acting Director U.S. Immigration and Customs Enforcement; **PAMELA BONDI**, Attorney General of the United States; **JOSHUA JOHNSON**, Field Office Director, Dallas Field Office, U.S. Immigration and Customs Enforcement, in their official capacities | § § § § § § § § § | |
| Respondents. | § | |

### ORDER

Before the Court is Petitioner's Petition for Writ of Habeas Corpus (ECF No. 1) and Motion for Temporary Restraining Order (ECF No. 2). Petitioner's Motion for Temporary Restraining Order does not meet the ex-parte standards under Federal Rule of Civil Procedure 65. In order to expeditiously resolve the issues presented, the Court **ORDERS** Petitioner to notify Respondents of the pending Petition and Motion. The Parties **SHALL** then meet and confer and provide the Court with an agreed briefing schedule to promptly address Petitioner's Petition for Writ of Habeas Corpus and Motion for Temporary Restraining Order.

**SO ORDERED** on this **30th day** of **December, 2025**.

_[signature: Reed O'Connor]_
Reed O'Connor
**CHIEF UNITED STATES DISTRICT JUDGE**

1