IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **VALERII PRIIMOV** | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | Civil Action No. 3:25-CV-03555-O |
| | § | |
| KRISTI NOEM, Secretary of the U.S. Department of Homeland Security; TODD LYONS, Acting Director U.S. Immigration and Customs Enforcement; PAMELA BONDI, Attorney General of the United States; JOSHUA JOHNSON, Field Office Director, Dallas Field Office, U.S. Immigration and Customs Enforcement, in their official capacities | § § § § § § § § § § | |
| Respondents. | § | |

## ORDER

On December 30, 2025, Petitioner filed a Petition for Writ of Habeas Corpus (ECF No. 1) and Motion for Temporary Restraining Order (ECF No. 2). That same day, the Court entered an order denying ex-parte relief under Federal Rule of Civil Procedure 65 and ordered Petitioner to notify Respondents of the pending Petition and Motion and to meet and confer with Respondents to provide the Court with an agreed briefing schedule to promptly resolve the TRO. *See* ECF No. 4. Nearly four weeks have passed since the Court entered its Order, and an agreed briefing schedule has not been filed on the Court's docket, Respondents have not appeared, and Petitioner has not filed anything on the docket indicating compliance with the Court's Order. Accordingly, the Court **DENIES** Petitioner's Motion for Temporary Restraining Order.

The Court will enter a separate order regarding Petitioner's Petition for Writ of Habeas Corpus.

**SO ORDERED** on this **26th day** of **January, 2026**.

Reed O'Connor
CHIEF UNITED STATES DISTRICT JUDGE