IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **VALERII PRIIMOV** | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | Civil Action No. 3:25-CV-03555-O |
| | § | |
| KRISTI NOEM, Secretary of the U.S. Department of Homeland Security; TODD LYONS, Acting Director U.S. Immigration and Customs Enforcement; PAMELA BONDI, Attorney General of the United States; JOSHUA JOHNSON, Field Office Director, Dallas Field Office, U.S. Immigration and Customs Enforcement, in their official capacities | § § § § § § § § § § | |
| | § | |
| Respondents. | § | |

## ORDER AND INSTRUCTIONS

Petitioner, Valerii Priimov, has filed a Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2241. ECF No. 1. After preliminary review of the Petition, the Court **ORDERS** the Parties to comply with the following instructions and the Clerk of Court to take the following action:

**SERVICE OF PROCESS.** Copies of all pleadings, motions, and orders will be served electronically upon the United States Attorney for the Northern District of Texas, pursuant to FED. R. CIV. P. 5(b)(2)(E) and by prior agreement of the Office of the United States Attorney, Northern District of Texas.

**RESPONDENTS' ANSWER.** Respondents shall file an answer to the Petition within 60 days of this order. If Respondents believes that the Petition is wholly barred by a failure to exhaust state remedies, a procedural bar, non-retroactivity, or the statute of limitations, Respondents may file a preliminary answer asserting any such bar prior to answering the Petition on its merits.

**REPLY.** Petitioner may file a reply within 30 days from the date of service of Respondents' answer, motion, or other pleading.

**BRIEFS.** Briefs shall comply with the 25-page limitation under Local Rule 7.2(c) and be submitted on letter-size paper and double spaced. Each argument advanced in the brief must specify the ground and numbered paragraph of the pleading that it seeks to address. Briefs are required or permitted as follows:

1. **Respondents' Brief.** Respondents may file any brief that Respondents deem appropriate.

2. **Reply Brief.** A reply brief is not required. However, in any case in which Respondents have filed a brief, Petitioner may file a reply brief that is no longer than 10 pages. Should Petitioner choose to file a reply brief, he must do so within 30 days following service of Respondents' brief. Such brief must only reply to Respondents' argument(s). Under no circumstances will any statement or argument contained in a reply brief be considered a new ground for habeas relief or a supplement to any grounds initially raised by Petitioner in the Petition.

**SO ORDERED** on this **26th day** of **January, 2026**.

_Reed O'Connor_
**CHIEF UNITED STATES DISTRICT JUDGE**