IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **VALERII PRIIMOV** | § | |
| | § | |
| **Petitioner,** | § | |
| | § | |
| **v.** | § | Civil Action No.  3:25-CV-03555-O |
| | § | |
| **KRISTI NOEM, Secretary of the U.S.** | § | |
| **Department of Homeland Security;** | § | |
| **TODD LYONS, Acting Director U.S.** | § | |
| **Immigration and Customs Enforcement;** | § | |
| **PAMELA BONDI, Attorney General of** | § | |
| **the United States; JOSHUA JOHNSON,** | § | |
| **Field Office Director, Dallas Field** | § | |
| **Office, U.S. Immigration and Customs** | § | |
| **Enforcement, in their official capacities** | § | |
| | § | |
| **Respondents.** | § | |

## ORDER

Before the Court is the Government's Response to the Petition for Writ of Habeas Corpus (ECF No. 10). The Government's Motion explains that Petitioner was voluntarily removed from the United States on February 25, 2026. Accordingly, the Court **DISMISSES as moot** Petitioner's Petition for Writ of Habeas Corpus (ECF No. 1).

**SO ORDERED** on this **30th day** of **March, 2026**.

Reed O'Connor
**CHIEF UNITED STATES DISTRICT JUDGE**